Benjamin H. Haber (Cal. Bar No. 315664)
benjamin.haber@wilshirelawfirm.com
Talar DerOhannessian (Cal. Bar No. 311687)
talar.derohannessian@wilshirelawfirm.com
Kareen Shatikian (Cal. Bar No. 346554)
kareen.shatikian@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GARCIA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS OPERATING, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS HOLDINGS, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS ASC, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS (CCI), INC. DBA SPECTRUM, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-10436-WLH-AGR<br><br>[*Assigned to Hon. Wesley L. Hsu, Ctrm. 9B*]<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>**SUPPORTING DOCUMENTS:**<br>Declaration of Kareen Shatikian; and [Proposed] Order<br><br>Complaint Filed: October 30, 2024<br>Date of Removal: December 4, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Hector Garcia ("Plaintiff") and Defendants Charter Communications, LLC; Charter Communications Operating, LLC; Charter Communications Holdings, LLC; Charter Communications Holding Company, LLC; Charter Communications ASC, LLC; Charter Communications (CCI), Inc. dba Spectrum (collectively, "Defendants") (Plaintiff and Defendants shall be referred to collectively herein as "the Parties"), by and through their respective undersigned counsel, hereby dismiss this action <u>without prejudice</u> and without court order pursuant to this stipulation signed by all parties who have appeared (the "Stipulation"), as described below:

**WHEREAS,** on October 30, 2024, Plaintiff, individually, and on behalf of other members of the general public similarly situated, filed a class action lawsuit in the Superior Court of California, County of Los Angeles, case number 24STCV28519, against Defendants (the "Action");

**WHEREAS,** on December 4, 2024, Defendants removed the current Action to the United States District Court for the Central District of California, where the case was assigned as 2:24-cv-10436-WLH-AGR;

**WHEREAS,** the Parties desire to settle, fully, and finally, all claims Plaintiff individually might have against Defendants;

**WHEREAS,** after meeting and conferring with Defendants, Plaintiff has agreed to settle his individual claims with Defendants for a monetary settlement in exchange for an agreement to a general release of all individual claims, waiver of California Civil Code section 1542, and confidentiality;

**WHEREAS,** under the settlement, Plaintiff is receiving monetary payment for dismissal of his individual claims and Plaintiff's counsel is receiving monetary payment for attorneys' fees and costs associated with Plaintiff's individual claims, and no consideration has been provided to Plaintiff or Plaintiff's Counsel, including any fees or costs for dismissing the class claims <u>without prejudice</u>;

///

WHEREAS, Plaintiff has agreed to dismiss the class claims <u>without prejudice</u>;

WHEREAS, no class has been certified in this Action, no notice has been individually sent to putative members in this Action, and none of the putative members should be prejudiced in any way by dismissal of the class claims <u>without prejudice</u>, in the absence of notice;

WHEREFORE, Plaintiff and Defendants, all by and through their respective counsel, hereby stipulate that Plaintiff's individual claims be dismissed <u>with prejudice</u> and the class claims be dismissed <u>without prejudice</u>;

WHEREFORE, ADDITIONALLY, each Party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 1, 2025

Respectfully submitted,

**WILSHIRE LAW FIRM**

By: <u>/s/ Kareen Shatikian</u>
Benjamin H. Haber
Talar DerOhannessian
Kareen Shatikian

Attorneys for Plaintiff

Dated: December 1, 2025

Respectfully submitted,

**THOMPSON COBURN LLP**

By: <u>/s/ Keith J. Rasher</u>
Keith J. Rasher
Cara A. Strike

Attorneys for Defendants